(July 11, 2013)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN VOSBURGH, Appellant. [968 NYS2d 405]—

<hr>

Rose, J.P. Appeal from a judgment of the County Court of Albany County (Herrick, J.), rendered October 14, 2009, convicting defendant upon his plea of guilty of the crime of manslaughter in the first degree.

<hr>

In satisfaction of a four-count indictment, defendant pleaded guilty to the reduced charge of manslaughter in the first degree, waived his right to appeal and was sentenced in accordance with the plea agreement to a prison term of 19 years, followed by five years of postrelease supervision. This appeal ensued.

Defendant filed a notice of appeal that did not identify the judgment being appealed or the county in which it was rendered. While we have the discretion to treat a notice of appeal as valid despite an "inaccurate description of the judgment, sentence or order being or sought to be appealed" (CPL 460.10 [6]), the complete omission of any information regarding the judgment being appealed from cannot be characterized as an "inaccurate description" (*see e.g. People v Therrien*, 78 AD3d 1331, 1332 [2010]; *People v Lerario*, 50 AD3d 1396 [2008], *lv denied* 10 NY3d 961 [2008]; *People v Bell*, 299 AD2d 582, 583 n [2002], *lv denied* 99 NY2d 55 [2002]; *People v McNeil*, 268 AD2d 611, 612 n [2000]). Accordingly, we find that the notice of appeal is invalid, thereby depriving this Court of jurisdiction.

Stein, Spain and Garry, JJ., concur. Ordered that the appeal is dismissed, without costs.